James R. MARSHALL, Appellant,

v.

The STATE of Texas, Appellee.

No. 27433.

Court of Criminal Appeals of Texas.

Feb. 16, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated as a second offender; the punishment, 6 months in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.